May Term,
1839.

THE STATE *v.* BOUCHE. — In error.

JONES
*v.*
BAUM.

*Tuesday,*
*June 4.*

INDICTMENT for selling spirituous liquor to an intoxicated person. Plea, not guilty. Cause submitted to the Court by agreement, and judgment for the defendant. *Held,* that the state could not assign for error, that the evidence did not support the judgment. *The State* v. *Davis,* 4 Blackf. 345.

TIPTON *v.* BARRON. — In error.

*Tuesday,*
*June 4.*

IN a suit against *A.* and *B.*, the plaintiff, pursuant to the statute, entered a suggestion of "not found" as to *B.* Afterwards both the defendants appeared and filed a general demurrer to the declaration. *Held,* that the Court, on overruling the demurrer in such case, should render judgment against both the defendants.